IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bluett, Cynthia L

Printed: 10/29/08

Case Number: 05 B 25716
Judge: Hollis, Pamela S
Filed: 10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 23, 2008
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,800.00 |  |
| Secured: |  | 2,576.27 |
| Unsecured: |  | 7,629.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 594.64 |
| Other Funds: |  | 0.00 |
| Totals: | 10,800.00 | 10,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 2. | Ford Motor Credit Corporation | Secured | 2,576.27 | 2,576.27 |
| 3. | Wells Fargo Bank | Unsecured | 3,671.44 | 4,465.58 |
| 4. | ECast Settlement Corp | Unsecured | 1,613.97 | 1,963.35 |
| 5. | American Express Centurion | Unsecured | 943.27 | 1,147.47 |
| 6. | World Financial Network Nat'l | Unsecured | 43.32 | 52.69 |
| 7. | Green Tree Finance Serv Corp | Secured |  | No Claim Filed |
| 8. | Chase Bank | Secured |  | No Claim Filed |
| 9. | Union Planters Mortgage | Secured |  | No Claim Filed |
| 10. | City Of Chicago | Unsecured |  | No Claim Filed |
| 11. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 12. | New York & Co | Unsecured |  | No Claim Filed |
| 13. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 14. | Retailers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,848.27 | $ 10,205.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 132.00 |
| 5% | 44.79 |
| 4.8% | 86.59 |
| 5.4% | 193.97 |
| 6.5% | 117.23 |
| 6.6% | 20.06 |
|  | $ 594.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bluett, Cynthia L | Case Number:  05 B 25716 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/29/08 | Filed:  10/6/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

